UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RECEIVED & FILED
99 DEC 23 PM 3:35
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, P.R.

JOANNE CARN ALVAREZ
**PLAINTIFF**

CIVIL NUM.: 98-2201(CCC)

VS.

NATIONAL CITY PROCESSING
COMPANY
**DEFENDANT**

## NOTICE OF APPEAL

Notice of hereby given that all the above captioned plaintiffs in this case, hereby appeal to the United States Court of Appeals for the First Circuit from the Judgment entered in this case on November 19, 1999, entered on docket on November 23, 1999, under Civil Number 98-2201 (CCC). Said judgment dismissed the present complaint in this case against the above mentioned defendants. The facts and issues in controversy are extremily meritorius in favor of the above captioned plaintiffs.

**RESPECTFULLY SUBMITTED.**

In San Juan, Puerto Rico, this 22 days of December, 1999.

I HEREBY CERTIFY that on this same date a true and exact copy of the foregoing proof-of-service was sent by first-class mail to: Peter J. Trias, Esq., PO Box 366283, San Juan, Puerto Rico 00936-6283.

<mark>[signature]</mark>

RAFAEL A. OLIVERAS LOPEZ DE VICTORIA
EDIF. ASOC. DE MAESTROS 609
AVE. PONCE DE LEON 452
SAN JUAN, P.R. 00918
USDC-PR 119606
TELEPHONE: 764-3280

RECEIPT # 106006
AMOUNT: 105.00

s/c R. Oliveras
U. Landy
Appeal Clerk

DEC 2 ? 1999